Commonwealth, Appellant, *v.* Lopinson.

Argued November 26, 1973. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Robert B. Lawler,* Assistant District Attorney, with him *Steven H. Goldblatt,* Assistant District Attorney,

*Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant.

*Oscar Spivack,* with him *A. Charles Peruto,* for appellee.

OPINION PER CURIAM, January 24, 1974:
The trial court's ruling that it had no jurisdiction to entertain the petition filed by the Commonwealth in this case was correct, and, hence, its order dismissing the petition is affirmed.

Mr. Chief Justice JONES took no part in the consideration or decision of this case.